IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 12 CR 409 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| ERIC A. BLOOM, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF RONALD CARLETTA**

Defendant Eric Bloom, by his attorneys, Cotsirilos, Tighe, Streicker, Poulos & Campbell,

submits the attached Affidavit of Mr. Ronald Carletta, former Branch Chief with the CFTC.

Respectfully submitted,

By: /s/ *Terence H. Campbell*
        Terence H. Campbell
        Attorney for Defendant Eric Bloom

Theodore T. Poulos
Terence Campbell
Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
312-263-0345

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the following documents:

• Affidavit of Ronald Carletta

was served by hand-delivery on government counsel, and in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as the ECF filers.


Respectfully submitted,


By:  /s/ *Terence H. Campbell*
    Terence H. Campbell
    Attorney for Defendant Eric Bloom

### AFFIDAVIT

I, Ronald Carletta, state that the following is true and correct to the best of my knowledge under penalty of perjury under 28 U.S.C. §1746.

1.     My name is Ronald Carletta. From 1991 through February 2014, I worked for the Commodity Futures Trading Commission ("CFTC") in the Division of Swap Dealer & Intermediary Oversight (formerly the Division of Trading and Intermediary Oversight). During my tenure with the CFTC, I held several positions, including Auditor in the Audit Review Unit, Eastern Region, from 1991-1993; Supervisory Auditor in the Audit and Review Unit, Eastern Region, from 1993-2006; and Branch Chief in the Audit & Review Unit, Eastern Region, from 2006 -February 2014.

2.     While at the CFTC, my responsibilities included reviewing financial reports and ensuring compliance with the CFTC's financial responsibility rules for future commission merchants, and compliance with reporting rules for commodity pools and commodity trading advisors; and supervising in-field examinations and assist in the development of staff interpretations and advisories for commodity pools and commodity trading advisors. I also participated on the AICPA's Commodity Practice Aid Task Force sub-committee of the AICPA's Stockbrokerage and Investment Banking Expert Panel. In addition, I represented the Commission at various professional conferences by participating on panels or making presentations on regulatory, accounting and reporting issues.

3.     I am familiar with CFTC Rule 1.25 and during my tenure with the CFTC, I was involved in ensuring compliance with Rule 1.25 by FCM's subject to Rule 1.25.

4.     Based on my professional knowledge and experience, I state the following: Rule 1.25 permits the purchase of certain specified permitted securities with cash deposited by customers of futures commission merchants ("FCM's"). From at least 2003 through 2007, Rule 1.25 permitted

investments in corporate bonds with "AA" or "AAA" ratings, and Rule 1.25 also explicitly permitted the use of repurchase transactions and reverse repurchase transactions. A leveraged position is the natural result of entering into repurchase transactions and reverse repurchase transactions, which are explicitly permitted by the text of Rule 1.25. For example, an entity subject to Rule 1.25 could engage in a reverse repurchase transaction where it loans out securities and receives cash in return, and then it could invest that cash in additional Rule 1.25-compliant securities. Therefore, leveraged trading is permitted by Rule 1.25, and it was my understanding and belief that leveraged trading was permitted by Rule 1.25 when I worked for the CFTC, including during the period from 2002 through 2007. Leveraged trading is certainly not prohibited by Rule 1.25.

5.　　All of the statements made herein are from my personal knowledge.

Further, Affiant sayeth not.

_____
Ronald Carletta

Dated: January 5, 2015